# United States Court of Appeals
## For the First Circuit

No. 10-2262

ASHLEIGH PRUELL, on behalf of herself and all other employees
similarly situated; AMY GORDON, on behalf of herself and all other
employees similarly situated,

Plaintiffs, Appellants,

v.

CARITAS CHRISTI; CARITAS CHRISTI NETWORK SERVICES; CARITAS GOOD
SAMARITAN MEDICAL CENTER, INC.; CARITAS NORWOOD HOSPITAL, INC.;
CARITAS SOUTHWOOD HOSPITAL, INC.; CARITAS ST. JOHN OF GOD HOSPITAL,
INC.; SAINT ANNE'S HOSPITAL CORPORATION; RALPH DE LA TORRE, M.D.;
RICHARD KROPP; CARITAS CARNEY HOSPITAL, INC.; CARITAS HOLY FAMILY
HOSPITAL, INC.; CARITAS ST. ELIZABETH'S MEDICAL CENTER OF BOSTON,
INC.,

Defendants, Appellees.

ERRATA

The opinion of this Court, issued on July 14, 2011, should be
amended as follows.

On page 3, line 4 of 2nd full paragraph, insert a comma after
"law".

On page 9, line 3 down from top of page, replace "<u>Fleabite</u>" with
"<u>Flibotte</u>".